MARY E. STRAUB, Appellant, *v.* GRAND LODGE ANCIENT ORDER
OF UNITED WORKMEN OF THE STATE OF NEW YORK,
Respondent.

*Straub* v. *Ancient Order United Workmen*, 2 App. Div. 138, affirmed.
(Submitted March 10, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
31, 1896, upon an order affirming a judgment in favor of
defendant entered upon a decision of the court dismissing
the complaint on trial at Circuit.

*Edward W. S. Johnston* for appellant.

*Isaac B. Barrett* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

ADOLPH M. BENDHEIM, Appellant, *v.* JAMES B. MORROW,
Respondent.

*Bendheim* v. *Morrow*, 9 App. Div. 617, affirmed.
(Argued March 10, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Novem-
ber 18, 1896, upon an order affirming a judgment in favor of
defendant entered upon a decision of the court on trial at
Special Term.

*Sol Kohn* for appellant.

*Sidney H. Stuart* for respondent.

Judgment and order affirmed, without costs; no opinion.
All concur, except BARTLETT and MARTIN, JJ., dissenting,
and PARKER, Ch. J., not sitting.